**Motion Granted; Order filed, January 8, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00160-CV

_____

## J. PAUL CAVER, Appellant

## V.

## CYNTHIA CLAYTON, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-65040**

## ORDER

The reporter's record in this case was originally due May 7, 2018. *See* Tex. R. App. P. 35.1. On June 21, 2018 this court abated the appeal and ordered the court reporter to file the record. On November 5, 2018 the court reporter filed an inaccurate record, which was refused by this court. On December 11, 2018 appellant filed a motion to compel the court reporter to file an accurate reporter's record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we grant appellant's motion and issue the following order.

We order Michelle Tucker, the official court reporter, to file the corrected record in this appeal **within 15 days** of the date of this order.

PER CURIAM